# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN AND JEAN OWENS, H/W

          v.

ARDMORE AUTOMOTIVE D/B/A ARMEN CHEVROLET, ARDEX LABORATORIES, INC., ASHLAND, LLC, CHICAGO AEROSOL, LLC AND CA ACQUISITION, LLC, FRANKEL CHEVROLET BUICK, HENKEL CORPORATION, ILLINOIS TOOL WORKS, INC., RADIATOR SPECIALTY COMPANY, SAFETY-KLEEN, SHELL OIL COMPANY, SUNOCO, INC. (R&M), THE BERKEBILE OIL COMPANY, THE BLASTER CORPORATION, UNITED STATES STEEL CORPORATION, UNIVAR, INC., CRC INDUSTRIES, INC., UNION OIL COMPANY OF CALIFORNIA AND CHEVRON U.S.A., INC., ZEP, INC.


APPEAL OF:  ARDMORE AUTOMOTIVE D/B/A ARMEN CHEVROLET

: No. 23 EAP 2021

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December 2021, the Application "for Extraordinary Relief and for this Court to Maintain this Appeal" is **DENIED**.

    The Application for Leave to File Reply and the Application "to Withdraw and Discontinue the Appeal" are **GRANTED**.